**Order entered September 14, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00706-CV

### IN RE: THE COMMITMENT OF DONALD RAY MILLAR

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 84681**

## ORDER

Before the Court is the September 12, 2018 third request of court reporter LaToya Young-Martinez for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **September 24, 2018**.

/s/      ADA BROWN
JUSTICE